No. 299. J. A. Scriven Company, Appellant, v. Rice-Stix Dry Goods Company. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss submitted October 18, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Farrell* v. *O'Brien*, 199 U. S. 100; *David Kaufman & Sons Co.* v. *Smith*, 216 U. S. 610; § 6 of act of March 3, 1891, chap. 517, 26 Stat. 828. And see *Hutchinson, Pierce & Co.* v. *Loewy*, 217 U. S. 457. *Mr. Arthur v. Briesen* and *Mr. Hans v. Briesen* for the appellant. *Mr. F. W. Lehmann* and *Mr. S. L. Swarts* for the appellee.

No. 413. Mike Beecham, Plaintiff in Error, v. The United States. In error to the Supreme Court of the Philippine Islands. Submitted October 19, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Farrell* v. *O'Brien*, 199 U. S. 100; *David Kaufman & Sons Co.* v. *Smith*, 216 U. S. 610; *Downes* v. *Bidwell*, 182 U. S. 244; *Hawaii* v. *Mankichi*, 190 U. S. 197; *Rassmussen* v. *United States*, 197 U. S. 520; *Dorr* v. *United States*, 195 U. S. 138; *Trono* v. *United States*, 199 U. S. 521; *Grafton* v. *United States*, 206 U. S. 333. *Mr William J. Rohde* for the plaintiff in error. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the defendant in error.

No. 414. Mike Beecham, Plaintiff in Error, v. The United States. In error to the Supreme Court of the Philippine Islands. Submitted October 19, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Farrell* v. *O'Brien*, 199 U. S. 100; *David Kaufman & Sons Co.* v. *Smith*, 216 U. S. 610; *Downes* v. *Bidwell*, 182 U. S. 244; *Hawaii* v. *Mankichi*,

190 U. S. 197; *Rassmussen* v. *United States*, 197 U. S. 520; *Dorr* v. *United States*, 195 U. S. 138; *Trono* v. *United States*, 199 U. S. 521; *Grafton* v. *United States*, 206 U. S. 333. *Mr. William J. Rohde* for the plaintiff in error. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the defendant in error.

No. 361. ROBERT GILLAND, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Circuit Court of the United States for the District of South Dakota. Argued October 12, 1911. Decided October 24, 1911. *Per Curiam.* Judgment reversed, upon confession of error by counsel for the defendant in error, and cause remanded for further proceedings in conformity to law. *Mr. Louis W. Crofoot* for the plaintiff in error. *The Attorney General* and *The Solicitor General* for the defendant in error.

No. ——. Original. *Ex parte:* IN THE MATTER OF J. WESLEY GLASGOW, PETITIONER. Motion for leave to file a petition for a writ of *habeas corpus.* Submitted October 23, 1911. Decided October 30, 1911. *Per Curiam.* Denied. *Ex parte Mirzan*, 119 U. S. 584; *Riggins* v. *United States*, 199 U. S. 547; *In re Lincoln*, 202 U. S. 178. *Mr. John C. Fay* for the petitioner.

No. 14. JOSEPH R. MOORE ET AL., PLAINTIFFS IN ERROR, *v.* THE STATE OF NEW JERSEY. In error to the Court of Errors and Appeals of the State of New Jersey. Argued for the plaintiff in error and submitted for the